UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian M.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-2649

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

Magistrate Judge Litkovitz issued a Report and Recommendation ("R&R") in this Social Security case, recommending the Court overrule in part and sustain in part Plaintiff's statement of specific errors and reverse the Commissioner of Social Security's denial of benefits. R&R, ECF No. 13. The R&R notified the parties of their right to object and warned the parties that a failure to timely object would forfeit appellate rights. *Id.* at 15.

The deadline for objecting has passed, and no party objected. Accordingly, the Court **ADOPTS** the R&R without performing a de novo review and **REVERSES** the Commissioner's decision and **REMANDS** this case back to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g). The Clerk shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

                                                                                         MICHAEL H. WATSON, JUDGE
                                                                                         UNITED STATES DISTRICT COURT